UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND PIERSON, III,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SUTTER HEALTH, et al.,<br><br>　　　　　Defendants. | No. 2:20–cv–124–TLN–KJN (PS)<br><br>ORDER<br><br>(ECF No. 4) |

Presently pending before the Court is Plaintiff's motion for electronic case filing. (ECF No. 4.) Generally, "any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff's motion for electronic case filing does not provide any good cause for deviance from the Local Rule applicable to unrepresented litigants. As such, the motion is DENIED.

Dated: February 6, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

pier.124

1