UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND H. PIERSON, III,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SUTTER HEALTH, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-124-TLN-KJN PS<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS<br><br>(ECF No. 27.) |

On June 29, 2020, the undersigned filed findings and recommendations on defendants' motion to dismiss. (ECF No. 20.) On July 16, plaintiff requested an additional 26 days to file objections. (ECF No. 27.) Plaintiff's request is granted. Objections are due by August 12, 2020.

Further, on July 13, 2020, plaintiff filed a "motion to invalidate," but did not notice it for a hearing. (ECF No. 24.) The undersigned construes this filing as a portion of plaintiff's objections to the findings and recommendations. As such, this filing will be presented to the district judge alongside plaintiff's forthcoming other objections. Defendants' response to this filing may be presented in a reply to plaintiff's objections, now due by August 26, 2020.

Dated: July 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

pier.124

1